ACCEPTED
06-14-00102-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/8/2015 7:03:35 PM
DEBBIE AUTREY
CLERK

---

CAUSE NO. 06-14-00102-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/11/2015 8:27:00 AM
DEBBIE AUTREY
Clerk

---

IN THE SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

---

JOHNNY E. WEBB, III
Appellant,

v.

ALEX RODRIGUEZ, CESAR GARCIA, DIVERSEGY, LLC,
LUCIEN J. TUJAGUE, JR., DOMINION GAS HOLDINGS, LP,
NICHOLAS GALLAGHER, IDT ENERGY, INC.,
AND SHUK HOLDINGS, LLC
Appellees.

---

Appeal from Cause No. DC-14-09393
95th Judicial District Court of Dallas County, Texas
Hon. Judge Ken Molberg, Presiding

---

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF
---

Comes Now Johnny E. Webb, III by and through his counsel of record and pursuant to Texas Rule of Appellate Procedure 10.5 Appellant requests an extension of the deadline to file their response brief from the current May 5, 2015 deadline until May 6, 2015.

In support of this Motion, Appellant respectfully states the following:

1. Appellant's Reply was originally due on May 5, 2015. Appellant has not previously requested, nor has the Court granted, an extension of time to file their reply brief.

2. The Appellant is requesting a one day extension.

3. The Appellant's Lead Counsel is pro hac vice in the state of Texas and is Co-Counsel with another attorney residing within the State of Texas. As a result Appellant's pro hac vice counsel being secondary on the notification process, he receives things a little later because the documentation goes to Melvin Houston, Esq. first.

4. Unfortunately, as a result of this disconnect between Appellant's Counsel, Appellant's pro hac vice counsel miscalculated the date the Reply Brief was due and filed his brief on May 6, 2015.

5. Appellant's Counsel accepts full responsibility for this miscalculation and would ask the Court not to penalize the Appellant for his Counsel's miscalculation. Appellant's reply is important in this matter because it clears up some items discussed in the Appellees' brief and without that clarity the Appellant may be prejudiced.

6. Therefore Appellant requests this Court to accept his late-filed brief

and give him a one day extension until May 6, 2015 to file his reply brief.

## RELIEF REQUESTED

For the foregoing reasons, Appellant requests the Court to Grant him a one day extension and accept his late filed brief. Specifically, Appellant requests that the deadline for filing the Reply Brief be reset to May 6, 2015.

Respectfully submitted,

**/s/ Darrell J. O'Neal**
Darrell J. O'Neal
Law Office of Darrell J. O'Neal
TN State Bar No 20927
2129 Winchester Road
Memphis, TN 38116
(901) 345-8009 office
(901) 345-8014 fax
domemphislaw@aol.com

**/s/Melvin Houston**
Melvin Houston
Melvin Houston & Associates
TX State Bar No. 00796559.
1776 Yorktown, Suite 350
Houston, TX 77056
Tel: (713) 212-0600
Fax: (713) 212-0290
mhouston@gotellmel.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 8, 2015 I conferred by email with Appellees' Counsel Drew York, Bryan Stevens, and Mark Johansen, concerning the relief requested in this Motion. There was no opposition to this motion by any of opposing counsel.

/s/ Darrell J. O'Neal
Darrell J. O'Neal

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above and foregoing Appellant's Reply Brief via this court's electronic filing system pursuant to T.R.AP. Rule 9 upon the following on May 8, 2015:

Andrew K. York
Jim Moseley
Gray Reed & McGraw
1601 Elm Street, Suite 4600
Dallas, TX 75201
(201) 654-4135
(214) 953-1332 fax
dyork@grayreed.com
jmoseley@grayreed.com
Counsel for Lucien Tujague, Jr.and
Dominion Gas Holdings LP

Bryan Stevens
Barrett Lesher
Hallet & Perrin PC

1445 Ross Avenue, Ste 2400
Dallas, TX 75202
BStevens@hallettperrin.com
blesher@halletperrin.com
Counsel for Diversegy, LLC, Shuk Holdings LLC and
IDT Energy Inc

Mark J. Johansen
Rafeal C. Rodriguez
Gruber Hurst Johansen Hail Shank LLP
1445 Ross Avenue, Ste 2500
Dallas, TX 75202
mjohansen@ghjhlaw.com
rrodriquez@ghjhlaw.com
Counsel for Alex Rodriguez

**/s/Melvin Houston**
**/s/ Darrell J. O'Neal**